

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00253-CV

**R. GENE AUTRY AND PEGGY AUTRY,**

                                                   **Appellants**

 **v.**

**SINESIO GARDUNO AND EVA L. GARDUNO,**

                                                   **Appellees**

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 106,925**

## MEMORANDUM OPINION

On September 20, 2023, and again on November 13, 2023, the Clerk of this Court notified Appellants R. Gene Autry and Peggy Autry that we have not received the docketing statement and that this appeal would be dismissed if the docketing statement was not filed within twenty-one days of the date of the letter. To date, we have not

received the docketing statement from Appellants.[1]  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3(c).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed December 21, 2023
[CV06]



---

[1] On October 10, 2023, we did receive a *pro se* letter from R. Gene Autry, dated October 3, 2023, in which he states that he "will do my best to summarize the facts as they have happened."  The letter does not contain proper proof of service; however, to expedite this matter, we implement Rule of Appellate Procedure 2 to suspend Rule of Appellate Procedure 9.5's proof-of-service requirement for the letter.  *See* TEX. R. APP. P. 2, 9.5.  The letter has been posted to the Court's website so that the parties may have access to it.

No response was received from Appellants following the Clerk of the Court's November 13, 2023 notification letter regarding the overdue docketing statement.